IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL D. POINTS,**

    Plaintiff,

v.                                                    No. 13-cv-1210 WJ/SMV

**HONEYWELL INTERNATIONAL, INC.,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    August 19, 2014, at 10:30 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **August 19, 2014, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                               _____
                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.